FILED
HARRISBURG, PA
AUG 12 2026
PER [signature] DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : CR. NO. 1:26-CR- 176

v. : (Judge Keli M Neary)

**COREY BENNETT,**

Defendant.

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1

18 U.S.C. § 876(c)
(Mailing a threatening communication)

On or about December 4, 2025, within the Middle District of Pennsylvania and elsewhere, the defendant,

**COREY BENNETT**,

knowingly and willfully caused to be delivered by the Postal Service according to the directions thereon a communication, addressed to the warden of the Franklin County Jail, and containing a threat to injure an employee at the Franklin County Jail and that employee's family.

All in violation of Title 18, United States Code, Section 876(c).

THE GRAND JURY FURTHER CHARGES:

**COUNT 2**
18 U.S.C. § 876(c)
(Mailing a threatening communication)

On or about March 3, 2026, within the Middle District of Pennsylvania, the defendant,

**COREY BENNETT,**

knowingly and willfully caused to be delivered by the Postal Service according to the directions thereon a communication, addressed to the clerk of the Franklin County Court, and containing a threat to injure employees at the Franklin County Courthouse.

All in violation of Title 18, United States Code, Section 876(c).

THE GRAND JURY FURTHER CHARGES:

**COUNT 3**
18 U.S.C. § 876(c)
(Mailing a threatening communication)

On or about May 22, 2026, within the Middle District of Pennsylvania, the defendant,

**COREY BENNETT,**

knowingly and willfully caused to be delivered by the Postal Service

according to the directions thereon a communication, addressed to the clerk of court for the U.S. District Court in Scranton, Pennsylvania, who is an official who is covered by 18 U.S.C. § 1114, and containing a threat to injure employees of the Pennsylvania Department of Corrections.

All in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL

[redacted]
FOREPERSON

8/12/26
Date

BRIAN D. MILLER
United States Attorney

CARLO D. MARCHIOLI
Assistant United States Attorney