UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 1:26-CR-176 |
| | : | |
| v. | : | (Judge Neary ) |
| | : | |
| COREY BENNETT, | : | |
| Defendant. | : | |

FILED
HARRISBURG, PA
AUG 12 2026
PER KJW
DEPUTY CLERK

PETITION FOR WRIT OF HABEAS
CORPUS AD PROSEQUENDUM

The United States of America, by Brian D. Miller, United States Attorney for the Middle District of Pennsylvania, respectfully states:

1. That there is now pending in this Court a criminal case against COREY BENNETT presently in the custody of the Superintendent, SCI Forest, Marienville, Pennsylvania.

2. That it is necessary that COREY BENNETT is brought before the United States District Court for the Middle District of Pennsylvania, Harrisburg, PA, for an initial appearance on August 28, 2026, at 9:30 a.m.

WHEREFORE, the Government requests that the Court issue a writ of habeas corpus ad prosequendum to have COREY BENNETT brought before the United States District Court for the Middle District of Pennsylvania, Harrisburg, PA, for an initial appearance on

August 28, 2026, at 9:30 a.m. and that COREY BENNETT will be returned to SCI Forest, Marienville, Pennsylvania following the federal proceeding.

Respectfully submitted,

BRIAN D. MILLER
United States Attorney

Date: August 12, 2026

/s/ Carlo D. Marchioli
Carlo D. Marchioli
Assistant U.S. Attorney
PA 309217
1501 N. 6th Street, Box 202
Harrisburg, PA 17102
Tel: (717) 221-4482
Fax: (717) 221-4493
carlo.d.marchioli@usdoj.gov